# EXHIBIT G

Message

| | |
|---|---|
| **From:** | Robert Lehm [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF15CC7E09664392A0F3C6534C3D3205-ROBERT LEHM] |
| **Sent:** | 4/8/2015 1:37:04 PM |
| **To:** | Cameron Hutchinson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba7e28b2b98f4e86a5e6b832c1b8c359-Cameron Hutchinson]; Christine Bennett [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b8d70e17366470bb4654373e0578d7e-Christine Bennett]; Gina Weicht [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9de00fc23edb42a18e34919723f87a30-Gina Weicht]; Josh Wallerstein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3003cf73342487fb8ae04dd43e82989-Josh Wallerstein]; Layne Moffitt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cad208a918654b9a979b03c80cdbe49e-Layne Moffitt]; Linda Poulter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18b0659d9e164a769f3093b8f5358e86-Linda Poult]; Lori Nowag [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b0789f8764043e98be8cb7975411658-Lori Nowag]; Mark Warren [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2976d9ed0e9746b682184220da8f8fc4-Mark Warren]; Mike Guernsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=556f52d8e0e44d1ebd056baf1fe5f994-Mike Guernsey]; Mike Zimmermann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf97394fcdae4f608499a5cabb035392-Mike Zimmermann]; MyShell Baker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5df07ddab3da4f71b135c29b5a4c3267-MyShell Baker]; Nate Platt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a03d43e7cee745828be88e84d67ed03c-Nate Platt]; Rick Rogers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=37b93aaa534a47598110d8c9f33aab89-Rick Rogers]; Scott Taft [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a64c4aed305347d29d56682aa7f1e2c6-Scott Taft]; Shar Wilkerson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0966f4c9f3d349d5bac1ad21cb217e0d-Shar Wilkerson]; Stephanie Anderson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2a3f12c39ce401eb21e075227b17cae-Stephanie Anderson]; Tim Schwartz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd2a4ebcef344b7ca25b695f537d8aa4-Tim Schwartz]; Trevor Watters [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3cb7cd8ebfb4fb49a54d1c3ab9d657d-Trevor Watt]; Troy Stout [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=03efca5b260444619e0e7734678ae601-Troy Stout]; Warner Hughes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7eb4e5726024623aff14025c32812c7-Warner Hughes]; Steve Dutson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=72150caef7014fa3b1acf517d8615fd0-sd6084 sd60]; Curtis Carter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e1eb21e895c74e5d85de7c286d88bda4-Curtis Cart] |
| **CC:** | Brian Evans [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5214a6023cd64693a57850fc2727a115-Brian Evans] |
| **Subject:** | re: Pelton & Crane Announcement ... IMPORTANT -(Response)- R. Lehm ... |

Good Morning Benco Team Desert ! ...

I hate to inundate you with these early morning (mid-week) emails ... However this one is important ...

As you may already be aware or have heard ... Patterson Dental will be recognized as a Pelton & Crane Dealer at the end of the month ...

Rather than reinventing the wheel here ... Please read the excerpt from an email I received this morning from Dan Bump (District Equipment Sales Manager) ... *Dan is very insightful and I echo his sentiments exactly* ...

I wanted to let you all know that I spent time last evening on the phone with Peter Foster.  For those of you who don't know Mr. Foster, he is the National Sales Director for Pelton & Crane and Kavo.  He called to talk to me about his company recognizing Patterson as a dealer of their products.  He also wanted to convey to all of you how committed to supporting you and all of Benco he and his teams are.  In fact his team was very concerned about how we would feel and react.  All of you should bet getting a call from your individual reps very soon.  Please let them know that you and Benco are still very committed to the Pelton and Kavo brands.  They are still our largest and most important vendor partner.  If you have any questions concerning their commitment to us, please know that the Q2 KKG promotion is very "rich" and is funded by KKG.  They want to help us grow our business.

Personally I think this is a good decision for our customers and now legitimizes a brand that we have been selling for years to a whole segment of the customers who in the past may not have had exposure to these products.  I believe the competition will be fair to secure orders and I know the level of support we will get from the Pelton and Kavo teams will meet our expectations.

One thing that I will ask you to work on immediately is to bring any and all projects that you are currently working on that involve KKG equipment to your reps attention.  This will ensure that our deals will stay protected and focused on with us by the KKG Reps.  Please remember that even if a project is in our Pipeline that does not mean your KKG Rep knows about it.  You need to take the lead and share it ASAP!  I do not want to take a chance of a Pelton Rep working with Patterson on a deal because we "failed" to bring it to their attention.

Confidential                                                                                          BDS00000132

This is a positive thing for us … In the famous words of our fearless leader Brian Evans … **THIS DOES NOT CHANGE WHAT WE DO !** …

Let's use this as a positive move and make it a BAD DAY for the "P" Company …

Thanks for all you do … It means a lot to me …

Make it a GREAT Day ! … Please call me with any questions you may have … I am here for you …

.

**Robert Lehm**

Region Manager | Desert Region | **Benco Dental Company** | USA

**Tempe Showroom** | 1602 S Priest Dr Ste 101 Tempe AZ 85281

Office: 480.968.0460  |Cell/Text: 480.800.7651 | Fax: 480.603.3199

rlehm@benco.com | www.benco.com



**From:** Robert Lehm
**Sent:** Wednesday, April 08, 2015 5:22 AM
**To:** Cameron Hutchinson; Christine Bennett; Gina Weicht; Josh Wallerstein; Layne Moffitt; Linda Poulter; Lori Nowag; Mark Warren; Mike Guernsey; Mike Zimmermann; MyShell Baker; Nate Platt; Rick Rogers; Scott Taft; Shar Wilkerson; Stephanie Anderson; Tim Schwartz; Trevor Watters; Troy Stout; Warner Hughes; Steve Dutson; Curtis Carter
**Cc:** Brian Evans
**Subject:** re: Gordon Christensen Dentistry Update -(Response)- R. Lehm ...

Good Morning Benco Team Desert ...

I trust everyone is having a NICE Week ! ...

Below you will find a **"Dentistry Update"** from **Gordon Christensen** ... These are notes taken by our very own Warner Hughes last Friday at the Seminar he and Tim Schwartz attended in Phoenix AZ ...

GREAT WORK WARNER ! Thank you ...

There are some interesting thoughts here and some very positive things for Benco Dental ... _**This is worthy of your detailed review**_ ... Some very good things were said about Convergent Dental as well as VaTech and the 3M Tru-Def Scanner amongst many other topics ...

Thanks again Warner ...

.

**Robert Lehm**

Region Manager | Desert| **Benco Dental Company** | USA

**Tempe Showroom** | 1602 S Priest Dr Ste 101 Tempe AZ 85281

Confidential                                                                    BDS00000134

Office: 480.968.0460  |Cell/Text: 480.800.7651 | Fax: 480.603.3199

rlehm@benco.com | www.benco.com



## Gordon Christensen Dentistry Update

Christensen meeting

About 50% of dentists in the room are from outside of Arizona

Good price point for the Tru-def and Glidewell machine, feels other companies will have to come down in price.

Likes the Solea and uses it, but price point is a big issue.

Lost 28 percent of the indirect business during the recession. 58 million crowns not completed

Increase of corporate dentistry

Within 10 years, only 30% will be single practioners, rise of group practices

Confidential

AZ according to the government is undeserved for dentistry

1940 dentistry is "hurt dentistry", have to hype the elective dentistry

Stressed that dentist have to offer more services.

1. Mouth guards customized

- Ray Padilla (lab tech) 80 percent are inadequate
- 3 million teeth will be knocked out during youth sporting events
- 67% of kids do not wear mouth guards
- Pressure device  5 x more pressure than conventional  druformat scan,biostar, erkopress
- Avg fee is
  $210

BDS00000136

- Trying to find more dentistry to do, produce revenue
- Hyper fil from Parkell dual cure 3924-498

1. Staff oriented preventive appointment

- Prevident 5000 is the only one that works

BDS00000137



- 
- Educate, accept, Alginate, make tray (.020), use twice a day for 5 minutes
- Necessary for cancer patients (can keep teeth through radiation) arrest caries

BDS00000138



Confidential

- Only 2% take 3rd party billing (need to learn to include medical billing)
- Enamelon from Premier (may want to look at) big fan of Premier 4801-109

2. Air blade mirror ultra lite optics "cleans mirror"

3. Rite-lite correct shade from Addent (5500 kelvin) 4596-903

4. MiniCam HD attaches to head lamp by L.A. Lens

5. Dexis CariVu transluminator $7000 very promising

- Recommends changing contrast on digital
- Only 60% of dentists are digital, but still "the car is here, no need for the horse"
- Accurate to about 75%
- Microlux by AdDent "poor mans" transluminator 3271-694

6. Dentalfoto camera (we sell) 3856-366

7. Full arch mirror ( not just for photos) especially for implants (novus dental)

**Operative Dentistry**

1. 50% of all dentistry done in the practice

2. Bonding agents

- Universal Bonds, yes they work
- RMGI cements 900 units, none have come off
- Relyx Unicem 2 strength is good but...
- Any dentin bond depreciates with hot and cold (works initially)
- CAD/CAM must leave a ring of enamel
- Clearfil SE is still the leader just thicker than the newer generations
- "Throw a dart" they are all good
- Silane doesn't do anything to Zirconia
- Monobond Plus, both silane and MDP 4157-128
- Gordon uses Scotchbond universal, cheapest is Adhese Universal

  - Most inadequate wipe is Cavicide must change (wipeout company)
  - Gluteraldyhyde wipe coming out
  - Lysol RTU ethyl alcohol 4748-589

- If you're satisfied, stay with your product

3. Trim and finishing

- Axis Razor Sculpt LS-520 4490-188
- Diamond strips from Horico (holes so no clogging)
- Super Snap x-treme (little pricey, but good)
- Astropol Ivoclar 3 grits  2580-021[X]

4. Matricies

- Trio dent and Garrison rule the realm
- New from Danville Mega V very promising
- Greater curve but $.46 per use (just buy it)
- Directa ProxyPal 3D matrix we sell (4881-238) love this product

5. Curing lights

- 90 degrees from surface (harps on this strongly)
- High output 1000mw (only 1/3 light put out proper light output)
- Broad spectrum 400-500nm
- Large diameter light guide 10mm
- Smart lite focus 4647-509
- Valo is the gold standard but expensive
- GC is coming out with THE LIGHT looks promising
- ***Besides digital radiography, this is the weakest link in dentistry***

6. Burs and diamonds

- 329, 330
- Bulk fil all work, but it's the cure that presents the limitations
- LOVES Hyper Fil from Parkell 3924-498

    - Limitations of bulk filling is the lights
    - Over trimming
    - White lines

7. Plug for his videos (closed captioning and available for iPad)

- Botox and dermal fillers (8 dentists in the room doing it)

    - Patients love it
    - Who injects more than a dentists or looks at faces more
    - Turf battle (kid on a cruise doing it)
    - "Dental esthetics"

- Snoring and sleep apnea
- Small amount of dentists have TV in reception area (Gordon likes)

Confidential
BDS00000141



- 
- Cone Beam Course in Provo

8. Indirect Tooth colored restorations

- 42% Bruxir
- 27% PFM
- 18% Zirconia (Issues)
- 8% eMax (single units only DO NOT USE FOR ANTERIOR)
- 2% Premise and Lava
- Obsidian (lithium silicate) looks promising

  o  Posterior Bridge

     ▪ BruxZir 66%
     ▪ PFM 27%

  o  Anterior single

     ▪ Emax 37%

        ▪ Emax veneer look very promising

     ▪ Veneer 22%
     ▪ BruxZir 16% (biggest growth)

- Eliminate stain and glaze (gone after 5 years)
- Stain and polish lasts longer and won't turn rough (gotta tell the labs)

- *(Side note: air polisher with slurry and if stain is still left there's 97% chance of caries)*

9. Fluorescent lights

- Same as your lab
- Sunshine lighting (cool white bulb is the worst) 5350kelvin best color accuracy

10. Operating Chairs

- Up to 80% have back maladies (almost every dentist raised hand)
- THIN BACK IS BEST
- NARROW
- NuSimplicity Chair likes it (comes close)
- Recommends Traveling Workshop to refurbish chairs that you love

**Oral Radiology**

- Cone Beams are awesome and never go back BUT each is wildly different
- Big Fan of Va-Tech (low radiation)



- Recommends hybrid, use both (hygiene uses plates)

BDS00000143



- Yellow indicates growth area, full mouth series are dying (hasn't taken one in 10 years)
- 1 hour diagnostic appt (doctor time is minimal 5-10 minutes) less than $200
- Sits chairside and patient helps make diagnosis and educate
- Likes external bite wings
- Sensors are all the same and too thick
- Feels sensors are D+--C-

BDS00000144



- 
  - Doesn't use lead apron, not needed. Thyroid collar on kids and pregnant
  - Loves extra-oral bite wings
  - More dentists in the room place implants than remove 3rd molars (68% nationally)
  - 10 years most will have CBCT
  - Va-Tech most sold in the world
  - NOMAD PRO 2 loves them (really hits on the safety record)

    - Slammed the Chinese made models, huge scatter

11. Model trimmer (random topic)

  - 

    - High neck and long sleeves (illegal in England)
    - Dirtiest place in office every bug known

12. Crown Cementation

  - 

BDS00000145



Confidential

BDS00000146

Cements – 2015

1. *Resin-modified glass ionomer* Use with strong crowns and FPDs (PFM, metal, full-zirconia, zirconia-based, etc.) RelyX Luting, Fuji Cem

2. *Resin with a separate self – etching primer (Self – Etching)* Use when strength needed– All-ceramic inlays, onlays, low retentive crowns and FPDs, post and core, or for routine use Panavia, Multilink

3. *Resin with incorporated self-etching primer (Self – Adhesive)* Same as #2 but often used for situations with expected sensitivity challenges RelyX Unicem 2, MaxCem Elite

4. *Resin used with total etch (Total Etch Resin Cement)* Mainly for ceramic veneers on all-enamel surfaces. Potential for sensitivity for onlays and crowns, many brands

5. *Glass ionomer* Desensitize with gluteraldehyde, for caries active patients Fuji 1, and Ketac Cem

6. Calcium aluminate and glass ionomer. Has some bond to zirconia Ceramir C&B from Doxa Dental

7. *Polycarboxylate* Minimal retention needs

8. *Zinc phosphate* It still works

- Zirconia and eMax

  - Luting (mechanical irregularities is key to retention)
  - Bonding ( chemical bond in additional to mechanical irregularities)
  - DO NOT SANDBLAST eMax micro cracks
  - Love IVOCLEAN 4480-368
  - NO Phosphoric acid on Zirconia

Confidential

BDS00000148

## Cementing (Luting) Lithium Disilicate

- DO NOT SANDBLAST

- Usually, your lab has hydrofluoric acid etched with 5% HF

- Try in restoration

- Clean out debris with phosphoric acid, wash, dry

- Place silane on restoration internal

- Desensitize tooth preparation with glutaraldehyde

- Seat with the cement of your choice (GI, RMGI)

○
○ Pumice (use Preppies from Whipmix) 4787-797 or 2381-111

Cementing (Bonding or Luting) Zirconia
- Clean with Ivoclar Vivadent Ivoclean or sandblast
- DO NOT USE PHOSPHORIC ACID (Saliva contains phospholipids the same phosphate groups as the zirconia primers, contaminating the zirconia oxide and obviously phosphoric acid contain phosphate which further contaminates the inside of the crown).
- Desensitize tooth preparation with glutaraldehyde
- If adequate retention, cement with any luting agent of your choice
- If questionable retention, bond internal of restoration with Monobond Plus or a bonding agent known to bond to zirconia and cement with self-adhesive resin cement

- 

13. Digital impressioning

- New version of Tru-Def is great
- Full arch in about 30 seconds
- Seriously look at it. Big fan of it.
- Potential for lease in the future
- Mentioned Glidewell

14. Removing Zirconia crowns

- Don't buy zirconia removal burs
- Neo Diamond or Meisinger diamond 50/50 real/artificial
- Polaris Zirconia Cutter PollardDental
- Slots facial, lingual and connecting cut then use chisel mallet
- 

Confidential



Confidential

15. Esthetic Dentistry

- Venus Pearl shown.
- 200mm or less to hide that it's a restoration
- Filtek supreme rules this category

16. Zest Small Diameter implant

- Saturno angled implant (developed by Gordon)
- Locator on a mini implant
- Evolution Dental Lab



- 
- Chairside  pick up material from Zest

New Spherical abutments mini implants

- Sterngold for all of the implants

**RELLA**

Monolithic crowns

 BruxZir crown explosion  5 million unit in 5 years

Done with no research

e.max (pressed, have to hand finish the margin) lithium disilicate 350 mps

BruxZir Zirconia new Anterior 1000mpa vs 500 mpa (low reduction of occlusal)

Lava Ultimate 20%

Enamic (issues with the surface because of the polishing according to manufacture

Katana

---

Evernote helps you remember everything and get organized effortlessly. Download Evernote.

BDS00000153